UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GEORGE G. MONROE,

    Plaintiff,

v().

**JUDGMENT**

No. 7:13-CV-74-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, subsequent to ruling on appeal of the United States Court of Appeals for the Fourth Circuit.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 11, 2016, that the denial of plaintiff's application of benefits is vacated and this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with the published opinion of the United States Court of Appeals for the Fourth Circuit entered June 16, 2016

**This Judgment Filed and Entered on August 11, 2016, and Copies To:**

William L. Davis, III (via CM/ECF Notice of Electronic Filing)
Mark D. Epstein (via CM/ECF Notice of Electronic Filing)

August 11, 2016                          JULIE RICHARDS JOHNSTON, CLERK
                                                      /s/ Christa N. Baker
                                                   (By) Christa N. Baker, Deputy Clerk